# United States Court of Appeals
## For the First Circuit

No. 09-1196

IN RE PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION

M. JOYCE HOWE,

Plaintiff, Appellant,

v.

LEROY TOWNSEND,

Plaintiff, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on November 20, 2009, is amended as follows:

On page 15, line 6, "January 16, 2006" should be "January 30, 2006".